NO. 07-06-0442-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



NOVEMBER 5, 2007


______________________________



DMITRY GOLOVKO, M.D., 



 Appellant


v.



LONETTA WOODARD, 



 Appellee

_________________________________



FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2006-534,351; HON. WILLIAM C. SOWDER, PRESIDING


_______________________________



Order of Dismissal Due to Settlement


_______________________________



Before QUINN, C.J., PIRTLE, J., and BOYD, S.J. (1)

 The parties to this proceeding represent that they have settled their dispute and
seek the dismissal of the appeal. However, they request that the appeal be abated and
remanded so that the trial court may order dismissal. Yet, despite our solicitations, neither
provided us with authority illustrating that a trial court has the jurisdiction to dismiss an
appeal. Nor did they indicate why they wanted the trial court to dismiss the appeal as
opposed to this court. 

 Given the representation that they settled the cause and request dismissal and their
failure to provide authority disclosing that a trial court may dismiss a cause pending in an
appellate court, we deny the request to abate and dismiss the appeal ourselves.

 Accordingly, we deny the motion to abate and dismiss the appeal due to settlement.

 

 

 Per Curiam
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't
Code Ann. §75.002(a)(1) (Vernon Supp. 2007). 



Rule of Appellate
Procedure 5. Nor did she file an affidavit of indigence per Texas Rule of Appellate
Procedure 20.1. By letter from this Court dated October 30, 2007, we informed appellant
that the filing fee in the amount of $175.00 had not been paid and if not paid “by Friday,
November 9, 2007, this appeal will be subject to dismissal.” Tex. R. App. P. 42.3(c); see
Holt v. F. F. Enterprises, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref’d). The
deadline lapsed, and the fee was not received. 
 
          Because appellant failed to pay the requisite filing fee as directed by the court, we
dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 
 
 
                                                                           Per Curiam